ROSELLI GRIEGEL LOZIER & LAZZARO, PC
Mark M. Roselli, Esquire
1337 State Highway 33
Hamilton Square, New Jersey 08690
(609) 586-2257
Attorneys for Defendants

| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY ||
|---|---|
| (IN RE BAYSIDE STATE PRISON LITIGATION)<br><br>DERRICK HESTER,<br><br>Plaintiff,<br>v.<br><br>WILLIAM H. FAUVER, et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-09-2067<br><br>**SPECIAL MASTER PROCEEDING**<br><br><br><br><br><br>**ORDER** |

THIS MATTER having been brought before the Court upon Complaint of the Plaintiff, with the matter having been scheduled to be presented before the Special Master, with counsel for both parties appearing before the Court, and for good cause, the Special Master entered an oral decision dismissing this matter with prejudice on October 31, 2008, thus

IT IS HEREBY ON THIS ___30TH___ DAY OF ~~JULY~~ November, 2009, ORDERED:

THAT the complaints and allegations brought before the Court by the Plaintiff in the above-captioned matter are hereby dismissed with prejudice.

Date: _____

_____
HON. ROBERT B. KUGLER, U.S.D.J.